MARTELLE, BRATTON & ASSOCIATES
Martin Martelle
ISB No. 3304
380 West State Street
Eagle, Idaho 83616
Telephone: (208) 938-8500
Facsimile: (208) 938-8503
E-mail: attorney@martellelaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF IDAHO, SOUTHERN DIVISION

| | |
|---|---|
| JAMES C. HILLIARD,<br><br>Plaintiff,<br><br>vs.<br><br>MURPHY LAND COMPANY, LLC, an Idaho Limited Liability Company<br><br>Defendant. | Case No.<br><br>COMPLAINT FOR DECLARATORY RELIEF |

(1) Plaintiff is, and at all relevant times mentioned in this complaint was, a citizen of the State of California.

(2) Defendant is, and at all relevant times mentioned in this complaint was, a citizen of the State of Idaho.

Complaint for Declaratory Relief

1

(3) The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

(4) This court has original jurisdiction under 28 USC § 1332 in that it is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, seventy-five thousand dollars.

(5) On December 30, 2010 plaintiff and defendant entered into a Real Estate Option to Purchase Agreement (the "Option"), a true and correct copy of which is attached as **Exhibit "1"** and which is incorporated herein.

(6) The Option provides for a term of 6 years from December 30, 2010, within which defendant, as "Seller", grant[ed] to plaintiff, as "Buyer," the right to purchase the Property, as identified on Exhibit "A," on condition that plaintiff Buyer gives defendant Seller at least sixty (60) days advance written notice to Seller …of its intent to of such exercise ("Notice").

(7) Plaintiff gave such Notice to defendant through counsel pursuant to an agreement between counsel that all notice requirements in the Option would be between counsel. On July 27, 2016 plaintiff, through his counsel, gave Notice of his intent to exercise the option by way of an email to defendant's counsel which states "Steve: Please consider this email as Mr. Hilliard's notice of the exercise of the Option pursuant to Section 4 of the Real Estate Option to Purchase Agreement dated December 31, 2010, a copy of which is attached for your convenience. Let me know if this should be

Complaint for Declaratory Relief

addressed to someone or in another form. When can we expect to hear from you in connection with the backup documentation and tax returns?" A true and correct copy of the Notice is attached as **Exhibit "2"** and which is incorporated herein.

(8) Before plaintiff gave Notice, plaintiff, through his counsel, pursuant to Section 5 of the Option, attempted to secure from defendant "all payment and receipt documentation relating to such capital improvements" but defendant refused to provide such documentation unless Notice were given.

(9) The defendant has still not provided the "payment and receipt documentation" to plaintiff.

(10) An actual and justiciable controversy has arisen and now exists between plaintiff, on the one hand, and defendant, on the other hand, concerning their respective rights and duties in that plaintiff contends that he has properly given notice of his intent to exercise the Option, and has consequently, exercised the Option, that defendant has waived its right to assert any increase in the purchase price of the property pursuant to Section 5 of the Option and that defendant is obligated to deliver title to the property to plaintiff, and the value of all growing crops on the property, as of September 26, 2016, whereas defendant, upon information and belief, disputes plaintiff's contentions and contends that plaintiff has not exercised the option and has no further rights or interest in the property identified on Exhibit "A" to the Option.

WHEREFORE, plaintiff prays judgment as follows:

Complaint for Declaratory Relief

3

(1) For a declaration that plaintiff has properly exercised the Option;

(2) For a declaration that the purchase price of the property pursuant to Section 5 of the Option is $13,680,000 and that defendant is not entitled to an increase in the purchase price of the property.

(3) For a declaration that plaintiff is entitled to the value of all growing crops on the property as of September 26, 2016. To present.

(4) For costs of suit incurred herein, including attorneys' fees pursuant to Section 25 of the Option; and

(5) For such other and further relief as the Court deems just and proper

Dated:  May 29, 2018                                 MARTELLE & ASSOCIATES, P.A.


                                                      /s/ Martin Martelle
                                             Martin Martelle
                                             Attorney for Plaintiffs

Complaint for Declaratory Relief