EXHIBIT 2

## James L. Dawson

| | |
|---|---|
| **From:** | James L. Dawson |
| **Sent:** | Wednesday, July 27, 2016 10:40 AM |
| **To:** | 'Steve Schossberger' |
| **Cc:** | hilliardfla@aol.com |
| **Subject:** | RE: Hilliard / Murphy Land Co. [IWOV-DMSMSG1.FID618370] |
| **Attachments:** | Hilliard Murphy Option.pdf |

Steve: Please consider this email as Mr. Hilliard's notice of the exercise of the Option pursuant to Section 4 of the Real Estate Option to Purchase Agreement dated December 31, 2010, a copy of which is attached for your convenience. Let me know if this should be addressed to someone or in another form.

When can we expect to hear from you in connection with the backup documentation and tax returns?


James L. Dawson
Partner


GATES EISENHART DAWSON
Attorneys at Law

125 South Market Street, Suite 1200
San Jose, California 95113-2288

Phone: 408.288.8100 • Fax: 408.288.9409 • Web: www.gedlaw.com

CONFIDENTIAL COMMUNICATION: This communication is intended to only be seen by the individual or entity to which it is addressed. This communication contains information from the law offices of GATES EISENHART DAWSON which is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee or agent responsible for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at our telephone number set forth above.

 Please consider the environment before printing this email.


**From:** Steve Schossberger [mailto:sschossberger@hawleytroxell.com]
**Sent:** Thursday, June 23, 2016 1:17 PM
**To:** James L. Dawson <jld@gedlaw.com>
**Cc:** Steve Schossberger <sschossberger@hawleytroxell.com>
**Subject:** RE: Hilliard / Murphy Land Co. [IWOV-DMSMSG1.FID618370]

James, I have been in a jury trial.

1