John F. Kurtz, Jr., ISB No. 2396
Dane Bolinger, ISB No. 9104
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954-5926
Email: jkurtz@hawleytroxell.com
       dbolinger@hawleytroxell.com

Defendant Murphy Land Company, LLC, an Idaho
limited liability company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES C. HILLIARD,<br><br>             Plaintiff,<br><br>vs.<br><br>MURPHY LAND COMPANY, LLC, an Idaho Limited Liability Company,<br><br>             Defendant. | Case No.  1:18-cv-00232-DCN<br><br>DEFENDANT'S MOTION FOR AN AWARD OF ATTORNEY FEES |

Defendant Murphy Land Company, LLC ("Murphy Land"), by and through its counsel of record, Hawley Troxell Ennis & Hawley LLP, as a result of the Judgment entered on December 9, 2019, ordering that this action be dismissed with prejudice, (Docket No. 33), moves this Court pursuant to Federal Rule of Civil Procedure 54(d)(2),  Local Rule 54.2, Idaho Code § 12-120(3), and ¶ 25 of the Real Estate Option to Purchase Agreement (Dkt 21-3) (the "Option"), for an Order and Judgment awarding attorney fees to Murphy Land against the Plaintiff James C.

DEFENDANT'S MOTION FOR AN AWARD OF ATTORNEY FEES  - 1

Hilliard ("Hilliard") in the amount of $27,295.00 and in a greater sum in the event this motion is contested.

This Motion is supported by the Declaration of Dane Bolinger in Support of Defendant's Motion for Award of Attorney Fees, and Defendant's Memorandum in Support of Motion for Attorneys' Fees, filed concurrently herewith.

DATED THIS 23<u>rd</u> day of December, 2019.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
    Dane Bolinger, ISB No. 9104
    Defendant Murphy Land Company, LLC, an
    Idaho limited liability company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2019, I electronically filed the foregoing DEFENDANT'S MOTION FOR AN AWARD OF ATTORNEY FEES with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Martin Martelle<br>Email: attorney@martellelaw.com | Martin Martelle<br>MARTELLE, BRATTON & ASSOCIATES<br>380 West State Street<br>Eagle, ID  83616<br>Facsimile:  208.938.8503 |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| | |
|---|---|
| James L Dawson<br>Gates Eisenhart Dawson<br>125 South Market Street, Suite 1200<br>San Jose, CA 95113 | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☒ E-mail<br>☐ Facsimile |

_____
Dane Bolinger

DEFENDANT'S MOTION FOR AN AWARD OF ATTORNEY FEES  - 3