John F. Kurtz, Jr., ISB No. 2396
Dane Bolinger, ISB No. 9104
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954-5926
Email: jkurtz@hawleytroxell.com
         dbolinger@hawleytroxell.com

Defendant Murphy Land Company, LLC, an Idaho
limited liability company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES C. HILLIARD,<br><br>    Plaintiff,<br><br>vs.<br><br>MURPHY LAND COMPANY, LLC, an Idaho Limited Liability Company,<br><br>    Defendant. | Case No.  1:18-cv-00232-DCN<br><br>DECLARATION OF DANE BOLINGER IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES |

I, DANE BOLINGER, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am an attorney with the law firm of Hawley Troxell Ennis & Hawley LLP ("Hawley Troxell") and am one of the counsel of record for Defendant Murphy Land Company, LLC ("Murphy Land") in this action.  I am of the age of majority and of sound mind, I make this Declaration upon my personal knowledge, and I respectfully submit this Declaration in support of Murphy Land's accompanying Motion for Award of Attorney Fees ("Motion").

DECLARATION OF DANE BOLINGER IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES - 1

2.	I am counsel for Murphy Land in this action, working with my Hawley Troxell colleagues throughout the course of this litigation as described below in this Declaration. I am an active member in good standing of the Idaho State Bar, Oregon State Bar, and Montana State Bar. I was admitted to practice in the State of Illinois (and in the Illinois U.S. District Courts) in 2008 (currently voluntarily inactive). I was admitted to practice in the State of Idaho (and in the U.S. District Court for the District of Idaho, and the U.S. Court of Appeals for the Ninth Circuit) in 2013. From 2008 until 2013, I was employed as an associate in Chicago, Illinois at the law firms of Neal Gerber and then Swanson, Martin, & Bell. From 2013 through the present date, I have been affiliated with Hawley Troxell Ennis & Hawley LLP in its Boise, Idaho office, and I have been a partner of Hawley Troxell since January 2018.

3.	As a result of my experience litigating complex commercial and other cases in Idaho, I am familiar with the prevailing rates charged and the amount of fees typically incurred in commercial litigation matters pending in Idaho's state and federal courts.

4.	I am personally aware of the professional services rendered on behalf of Murphy Land in this action, the amount of time expended by Hawley Troxell attorneys in providing those professional services to Murphy Land, and the attorney fees incurred by Murphy Land in successfully defending against Plaintiff's Complaint filed in this Court on May 29, 2018 [Dkt. 1]. Attached to this Declaration as **Exhibit A** is a redacted (for attorney client privilege) copy of the time entries of the Hawley Troxell attorneys who, from the commencement of the litigation by Plaintiff on May 29, 2018, to the present date, have performed professional services for Murphy Land. The attorney fees expended by Murphy Land in successfully defending against Plaintiff's Complaint, and therefore requested by Murphy Land, are in the amount of $27,295.00

DECLARATION OF DANE BOLINGER IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES - 2

as detailed in **Exhibit A**.  Appropriate redactions to exhibit have been made out of an abundance of caution to protect confidential client information and to prevent disclosure of materials protected by the attorney-client privilege or the work-product privilege.

5. Based on my own experience and conversations with other attorneys with similar practices in Idaho, as well as on my review of various court filings in other matters reflecting the prevailing hourly rates charged by other attorneys with similar practices in Idaho (including attorney fee awards made by this Court in such other matters), I am familiar with the prevailing charges in this community for legal work similar to that performed by the Hawley Troxell attorneys in this case.  It is my opinion that the prevailing charges in this community for like work are equal to or higher than those indicated below, and that the attorney fees requested by Murphy Land are reasonable and necessary.

6. The fee arrangement between Murphy Land and Hawley Troxell is based on a contracted hourly rate for services rendered, taking into account the services rendered, the experience and expertise of the professionals involved, and the time spent in completing each task.  Murphy Land agreed to pay for the time of my Boise-based partner John F. Kurtz, Jr. (who has practiced law in the state and federal courts in Idaho since 1979) at the hourly rate of $350.00.  Murphy Land agreed to pay for my time at my case-specific discounted hourly rate in this matter of $265.00 during 2018 and has agreed to pay for my time at my case-specific discounted hourly rate in this matter of $280.00 from 2019 to the present date.  Murphy Land agreed to pay for the time of my Boise-based partner Justin Cranney (who has practiced law in the state and federal courts in Idaho since 2008) at the hourly rate of $230. Murphy Land agreed to pay for the time of my Boise-based associate attorney William Smith (who has been licensed

DECLARATION OF DANE BOLINGER IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES - 3

to practice law in the state and federal courts in Idaho since 2015) at the hourly rate of $185.00 in 2018, and at the hourly rate of $195.00 in 2019 to the present date.  The rates charged by Hawley Troxell for each of the above-listed attorneys have been and are reasonable for the Idaho community given the experience and expertise of each attorney. Murphy Land agreed to pay for the time of my paralegal, Christy Smith, at the hourly rate of $155.00 in 2018, and at the hourly rate of $165.00 in 2019 to the present date.  The rates charged by Hawley Troxell for each of the above-listed attorneys and paralegals have been and are reasonable for the Idaho community given the experience and expertise of each.

7. I have reviewed Hawley Troxell's billing records and believe the hours set forth below were reasonable and necessary to successfully defend against Plaintiff's claims (as asserted in the Complaint).

The Hawley Troxell attorney time relating to the claims and defenses encompassed by the accompanying Motion, per timekeeper, is summarized as follows and is fully set forth in **Exhibit A** attached hereto and incorporated herein by this reference:

| Timekeeper | Rate(s) | Total Hours 2018 | Total Hours 2019 | Total Fees |
|---|---|---|---|---|
| Dane Bolinger | $265 / $280 | 30.90 | 14.00 | $12,108.50 |
| John F. Kurtz, Jr. | $350 | .20 | 0 | $70.00 |
| Justin Cranney | $230 | .30 | 0 | $69.00 |
| William Smith | $185 / $195 | 54.50 | 6.10 | $11,272 |
| Christy Smith | $155 / $165 | 18.50 | 5.20 | $3,725.5 |
| Additional Paralegal | $125 | .40 | 0 | $50.00 |

DECLARATION OF DANE BOLINGER IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES - 4

| TOTALS: | | 104.8 | 25.3 | $27,295.00 |
|---|---|---|---|---|

9. This Declaration is submitted in compliance with Federal Rule of Civil Procedure 54(d) and Local Civil Rule 54.2. I hereby attest that the professional services, fees and costs described herein were actually and necessarily performed and incurred in Murphy Land's successful defense against Plaintiff's Complaint in this matter.

I declare under penalty of perjury that the foregoing is true and correct, and was executed within the United States on this 18 day of December, 2019.

Dane Bolinger

DECLARATION OF DANE BOLINGER IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES - 5

45522.0007.12458093.3

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 23rd day of December, 2019, I electronically filed the foregoing DECLARATION OF DANE BOLINGER IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Martin Martelle<br>Email: attorney@martellelaw.com | Martin Martelle<br>MARTELLE, BRATTON & ASSOCIATES<br>380 West State Street<br>Eagle, ID  83616<br>Facsimile:  208.938.8503 |

  AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

| | |
|---|---|
| James L Dawson<br>Gates Eisenhart Dawson<br>125 South Market Street, Suite 1200<br>San Jose, CA 95113 | ☑ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☑ E-mail<br>☐ Facsimile |

_____
Dane Bolinger

DECLARATION OF DANE BOLINGER IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEY FEES - 6

45522.0007.12458093.3

EXHIBIT A



**Remit to:**
Hawley Troxell Ennis & Hawley
877 Main Street, Suite 1000
Post Office Box 1617
Boise, Idaho 83701-1617
EIN: 82-0259668
208.344.6000 • Fax 208.954.5284
www.hawleytroxell.com

**Murphy Land Company, LLC**
**Attn: Steven Schossberger**
**1205 E. Iron Eagle Dr., Suite B**
**Eagle, ID  83616**

File Number: 45522.0007           December 18, 2019           Invoice No: RECAP
Billing Attorney: DBOL

**For Services Through December 18, 2019 in connection with the following:**
**Murphy Land Company, LLC v. James C. Hilliard**

| | |
|---|---|
| Legal Services: | $27,295.00 |
| Disbursements and Other Charges: | |
| **Total:** | **$27,295.00** |

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 06/07/18 | CSMI | 0.80 | Begin pulling material for attorney review/use. | $124.00 |
| 06/15/18 | CSMI | 2.00 | Review declaratory complaint, archived file regarding Hilliard, prepare draft complaint for attorney review/use. | $310.00 |
| 06/15/18 | CSMI | 1.80 | Compile material for attorney review/use re RE Option/Memorandum, update D. Bolinger; review/analyze Hilliard v. Murphy Land documents, archived matter, begin preparing for attorney review/use. | $279.00 |
| 06/15/18 | DBOL | 1.50 | Initial review of contract and emails; office conference with Mr. Smith on same. | $397.50 |
| 06/15/18 | WSMI | 0.40 | Initial analysis and review of case with D. Bolinger to develop plan and strategy for litigation and case management. | $74.00 |
| 06/18/18 | CSMI | 1.40 | Continue compiling material for attorney review/use re RE Option/Memorandum, update D. Bolinger/J. Kurtz; review/analyze Hilliard v. Murphy Land documents, archived matter. | $217.00 |
| 06/19/18 | WSMI | 0.70 | Initial review of documents from previous case, including emails between S. Schossberger and James Dawson and the underlying agreement with the purchase option in connection with providing analysis ████████████████████████████████████████. | $129.50 |
| 06/28/18 | DBOL | 0.90 | Draft, research and revise answer to complaint. | $238.50 |
| 06/29/18 | CSMI | 0.60 | Prepare material for attorney review/use, prior email history, advise on agreement between MLC and Hilliard. | $93.00 |

45522.0007.12486163.2

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 06/29/18 | DBOL | 1.20 | Final review of answer and filing same; office conference with J. Kurtz on status and strategy. | $318.00 |
| 06/29/18 | CSMI | 0.20 | Prepare draft corporate disclosure statement. | $31.00 |
| 06/29/18 | CSMI | 0.80 | Assist with draft answer, preparing final for submission to court; advise on pro hac appearance, prepare material for attorney review. | $124.00 |
| 07/02/18 | CSMI | 0.30 | Review litigation order and notice of telephonic scheduling conference, advise on docketing pertinent deadlines, local rule 16. | $46.50 |
| 07/02/18 | CSMI | 0.90 | Prepare draft litigation plan for attorney review/approval. | $139.50 |
| 07/02/18 | CSMI | 0.30 | Begin draft Rule 26(f) Discovery Plan for attorney review/use. | $46.50 |
| 07/02/18 | CSMI | 0.30 | Continue draft, finalize for submission to court, corporate disclosure, correspond with client re same. | $46.50 |
| 07/05/18 | DBOL | 0.60 | Call with Mr. Schossberger regarding status and long-term strategy. | $159.00 |
| 07/10/18 | WSMI | 0.40 | Strategy and analysis with D. Bolinger re next steps in litigation and identification of critical issues for further analysis and research. | $74.00 |
| 07/10/18 | DBOL | 0.30 | Draft and revise portions of litigation plan and discovery plan, and email opposing counsel regarding Rule 16 conference. | $79.50 |
| 07/11/18 | DBOL | 0.80 | Office conference with Mr. Smith regarding research objectives and potential motion practice on same (.6); call with Mr. Schossberger on status and strategy. (.2). | $212.00 |
| 07/11/18 | DBOL | 1.20 | Teleconference with opposing counsel on Rule 16 discovery and litigation planning conference, and draft and revise portions of draft orders on same. | $318.00 |
| 07/13/18 | DBOL | 0.90 | Office conference with Mr. Kurtz on strategy and email to Court's clerk regarding Mr. Kurtz's involvement. | $238.50 |
| 07/13/18 | JFK | 0.20 | Discussion with D. Bolinger re strategy and claims asserted. | $70.00 |
| 07/17/18 | DBOL | 1.20 | Research regarding Gillespie and Alternate Energy Holdings; Draft and revise litigation and discovery orders. | $318.00 |
| 07/20/18 | WSMI | 2.40 | Case law research re exercise of options ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; drafting of memorandum on the same. | $444.00 |
| 07/23/18 | WSMI | 2.80 | Case law research re whether Murphy Land held right to Option ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ drafting of memorandum on the same. | $518.00 |

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 07/24/18 | WSMI | 1.90 | Case law research in Idaho and 9th circuit for cases with similar fact patterns and to determine whether a declaratory action by Hilliard allows Murphy land to seek to have its rights declared under the Agreement as well; drafting of section in memo regarding the same. | $351.50 |
| 08/01/18 | CSMI | 0.30 | Review Joint Litigation Plan, Discovery Plan for pertinent deadlines, advise re same for docketing purposes. | $46.50 |
| 08/03/18 | DBOL | 1.90 | Review of Mr. Smith's memo and additional research on Idaho case law involving options, and strict enforcement of language in same. | $503.50 |
| 08/03/18 | WSMI | 0.80 | Analysis and strategy with D. Bolinger ▇▇▇▇▇▇▇▇▇▇▇▇ review of memorandum re ▇▇▇▇▇▇▇▇ option contract with D. Bollinger and identification of areas to add analysis and further case support (.30). | $148.00 |
| 08/06/18 | CSMI | 1.60 | Review/analyze file, case material, draft Rule 26 Initial Disclosure for attorney review/use. | $248.00 |
| 08/06/18 | WSMI | 1.80 | Additional case law research re strict construction of plain language in option agreements; revision and edits to memo on the same providing additional support for proposition that Option provisions are strictly construed. | $333.00 |
| 08/24/18 | DBOL | 0.70 | Draft, edit and revise initial disclosures. | $185.50 |
| 08/27/18 | CSMI | 0.20 | Continue assisting with draft initial disclosures for attorney review/approval. | $31.00 |
| 08/30/18 | DBOL | 0.30 | Draft, revise and finalize Rule 26 disclosures. | $79.50 |
| 08/31/18 | CSMI | 0.20 | Correspond with opposing counsel re initial disclosures, produced material. | $31.00 |
| 09/04/18 | CWAM | 0.40 | Receive, review and electronically process/source code Plaintiff Initial Disclosure documents and add same to Eclipse database to assist with attorney / document review. | $50.00 |
| 09/04/18 | CSMI | 0.40 | Attention to case material, documents received from Plaintiff, initial disclosures, correspond with opposing counsel re same. | $62.00 |
| 09/04/18 | CSMI | 0.70 | Attention to case material, compile documents for initial disclosure production, for attorney review/approval. | $108.50 |
| 09/05/18 | CSMI | 0.40 | Begin draft addendum joint litigation plan, joint discovery plan for attorney review/use. | $62.00 |
| 09/07/18 | CSMI | 0.90 | Attention to case material, compile documents for initial disclosure production/submission for attorney review/approval. | $139.50 |
| 09/07/18 | CSMI | 1.00 | Attention to case material, initial disclosures produced by Plaintiff, begin preparing for attorney review/use. | $155.00 |

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 09/24/18 | WSMI | 7.60 | Case law research re option contracts in Idaho and requirements to exercise the same (.80); review of case file including detailed review Real Estate Option to Purchase Agreement to identify provisions that support summary judgment arguments (1.10); outline of arguments to include in memorandum in support of summary judgment (.50); initial drafting of memorandum in support of summary judgment including introduction, statement of facts, and initial drafting of argument re failure to comply with plain language of the Agreement (5.20). | $1,406.00 |
| 09/26/18 | WSMI | 6.60 | Additional case law research re strict compliance with option language (.60); continued drafting of memorandum in support of summary judgment including finishing argument re non-compliance with notice and closing requirements of the Agreement (1.10); case law research re expiration of contracts and ability to bring cause of action on an expired contract (.90); case law research re mootness and declaratory actions (.40); drafting of argument re fact that even if Hilliard properly exercised the option the agreement expired in 2016 and therefore Hilliard has no cause of action and his dec action is moot (2.9); drafting of standard of law and (.30) conclusion (.40). | $1,221.00 |
| 09/27/18 | DBOL | 4.50 | Draft, edit, research and revise memorandum in support of Motion for Summary Judgment, including new arguments and additional case law. | $1,192.50 |
| 09/27/18 | WSMI | 1.70 | Complete read through of memorandum in support of summary judgment, revisions and edits to the same (.80); drafting and preparation of Decl. of Schossberger in support (.50); analysis and discussion with D. Bolinger re strengths and weakness of arguments and areas to shore up in the memo (.40). | $314.50 |
| 09/27/18 | JCRA | 0.30 | Telephone call with D. Bolinger re option. | $69.00 |
| 10/01/18 | WSMI | 0.80 | Review of email communications btwn ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | $148.00 |
| 10/02/18 | CSMI | 0.90 | Assist with draft memorandum in support of summary judgment, declaration of counsel, compile proposed exhibits, additional suggested exhibits, prepare for attorney review/approval. | $139.50 |
| 10/02/18 | WSMI | 1.40 | Further review of emails ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ work on revisions to Declaration of Schossberger in support of summary judgment. | $259.00 |
| 10/02/18 | DBOL | 0.60 | Analyze ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ motion for summary judgment. | $159.00 |

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 10/03/18 | WSMI | 1.40 | Revisions and edits to Memorandum in Support of Summary Judgment and Decl. of SFS in support. | $259.00 |
| 10/04/18 | CSMI | 0.30 | Continue assisting with draft memorandum in support of motion for summary judgment, supporting declaration, preparing exhibits for submission to court. | $46.50 |
| 10/04/18 | DBOL | 3.10 | Call with Mr. Schossberger regarding current drafts and strategy (.5); draft, edit and revise portions of memo and declaration, including some additional research on mootness doctrine under Idaho law. (2.6). | $821.50 |
| 10/05/18 | DBOL | 1.40 | Final tweaks and proofreading of Motion for summary judgment, including drafting of Motion, and coordinate in filing same. | $371.00 |
| 10/05/18 | CSMI | 0.50 | Continue assisting with preparing, finalizing exhibits, S. Schossberger declaration ISO summary judgment. | $77.50 |
| 10/05/18 | WSMI | 1.30 | Full read through and proofread of approx. 20 page memo in support and SFS Decl. in support with attention to citations to Decl. and exhibits; edits and revisions to the same. | $240.50 |
| 10/29/18 | DBOL | 2.10 | Long call with Mr. Schossberger on case status and response to MSJ, and office conference with Mr. Smith on same. | $556.50 |
| 10/29/18 | DBOL | 0.80 | Research and review brief in opposition to motion for summary judgment. | $212.00 |
| 10/30/18 | WSMI | 3.30 | In depth review of Hilliard's Response Memorandum and supporting documents, including review of specific cases cited by Hilliard, in connection with preparation for mtg with S. Schossberger and preparation and drafting of Murphy Land Co's Reply memorandum; mtg with S. Schossberger and D. Bolinger re strategy and analysis of Hilliard's Response and arguments for Murphy Land's Reply. | $610.50 |
| 10/30/18 | DBOL | 1.80 | Attend long meeting with client regarding summary judgment and develop strategy on same, including research on specific performance. | $477.00 |
| 10/31/18 | CSMI | 0.30 | Assist with research re Specific Performance under Idaho state law, update D. Bolinger. | $46.50 |
| 11/01/18 | WSMI | 3.90 | Outlining of arguments for Murphy Land's Reply brief; begin drafting Reply brief, including introduction and first part of argument re plain language and failure to close within 60 days. | $721.50 |
| 11/02/18 | WSMI | 6.40 | Continue drafting Reply brief, including continued argument re plain language and failure to close within 60 days, research re whether Hilliard had an obligation to tender payment, drafting of argument re fact that because Hilliard never tendered payment he cannot now seek relief. | $1,184.00 |
| 11/03/18 | WSMI | 3.70 | Case law research re unenforceability of expired contracts and mootness and law that you are limited only to the relief you plead in your complaint for purposes of summary judgment; finish drafting complete rough draft of Reply brief. | $684.50 |

File No.: 45522-0007 | December 18, 2019 | Invoice No. RECAP

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 11/04/18 | DBOL | 2.70 | Draft and revise portions of reply in support of MSJ, including research on declaratory judgment relief and specific performance. | $715.50 |
| 11/06/18 | WSMI | 4.10 | Research federal law re ability to introduce new claims in summary judgment briefs where claims were not plead in pleadings in connection with drafting of Reply in support of summary judgment; further drafting and editing of Reply, including extensive editing to intro and plain language sections; drafting of declaration of Bolinger in support of motion; discussion and analysis of the same with D. Bolinger. | $758.50 |
| 11/06/18 | DBOL | 1.20 | Final edits and research for reply brief and send draft of same to Mr. Schossberger. | $318.00 |
| 11/09/18 | CSMI | 1.40 | Assist with draft, finalize reply in support of motion for summary judgment, draft declarations in support, compile record/exhibits. | $217.00 |
| 11/09/18 | DBOL | 1.20 | Final tweaks and edits to Reply Brief and supporting materials. | $318.00 |
| 11/09/18 | WSMI | 1.10 | Final review and proof of Reply Brief before filing, minor edits to the same. | $203.50 |
| 10/21/19 | CSMI | 0.10 | Strategy conference, dispositive motion. | $16.50 |
| 10/22/19 | CSMI | 1.20 | Attention to case matter, compiling material for attorney review/use, preparing for motion for summary judgment hearing. | $198.00 |
| 10/29/19 | DBOL | 0.70 | Continue to draft and revise outline of oral argument on motion for summary judgment. | $196.00 |
| 10/30/19 | CSMI | 0.90 | Compile research for attorney review/use, motion for summary judgment. | $148.50 |
| 11/07/19 | DBOL | 4.10 | Review all briefs and numerous cases from motion for summary judgment briefing; draft, edit and revise outline on same. | $1,148.00 |
| 11/08/19 | DBOL | 2.10 | Additional review of Hilliard's response brief and prepare counter-arguments to same. | $588.00 |
| 11/12/19 | DBOL | 1.30 | Review of SFS's edits to outline and draft additional "rebuttal" arguments to Hilliard. | $364.00 |
| 11/12/19 | WSMI | 0.60 | Discussion and analysis with D. Bolinger re strategy and arguments for oral argument on Murphy's motion for summary judgment; review and analysis of outline and S. Schossberger's comments and revisions to the same. . | $117.00 |
| 11/14/19 | DBOL | 3.40 | Final review of cases, briefs, and related materials in preparation for oral argument on motion for summary judgment. | $952.00 |
| 11/14/19 | CSMI | 0.20 | Assist with preparing for motion for summary judgment hearing. | $33.00 |

File No.: 45522-0007                       December 18, 2019                       Invoice No. RECAP

| Date | Professional | Hours | Description of Legal Services | Amount |
|---|---|---|---|---|
| 11/15/19 | DBOL | 1.30 | Prepare for and attend oral argument on summary judgment. | $364.00 |
| 11/18/19 | CSMI | 0.10 | Research, advise on same, re law clerk assigned. | $16.50 |
| 12/10/19 | CSMI | 2.00 | Draft Motion ISO Attorneys Fees and Costs; Draft Memorandum ISO Motion for Attorneys Fees and Costs. | $330.00 |
| 12/10/19 | CSMI | 0.20 | Begin draft bill of costs. | $33.00 |
| 12/10/19 | CSMI | 0.50 | Begin draft declaration of counsel iso motion for award of attorney fees and costs. | $82.50 |
| 12/11/19 | WSMI | 1.30 | Review and edits to drafts of motion, memo, and declaration in support of Murphy Land's motion for attorney fees. | $253.50 |
| 12/12/19 | WSMI | 0.30 | Initial review of invoices to include as exhibit to fee petition to establish amounts to insert in request for costs and fees. | $58.50 |
| 12/18/19 | WSMI | 3.90 | Further analysis and edits to motion, memorandum and declaration in support of motion for attorney fees; review of costs to determine whether any taxable costs are available under the rules; review of bill to ensure accuracy of the same; addition research re loadstar method of calculating reasonable attorney fees and edits to memo re the same; remove requests for costs outside of attorney fees as no allowable costs were present; discussion with D. Bolinger re the same; emails to client re the same; review of invoice to redact attorney client privilege information; complete read through and finalize all of the above. | $741.00 |
| 12/18/19 | DBOL | 1.10 | Analysis of motion for attorney fees and memorandum and declaration in support of the same; analysis and discussion with Mr. Smith re the same and specifically the loadstar issue and whether client has any taxable costs under the rules; draft email to client re the same. | $308.00 |

**Summary of Legal Services**

| Professional | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Paralegal | Paralegal | 0.40 | $125.00 | $50.00 |
| Christy Smith | Paralegal | 18.50 | $155.00 | $2,867.50 |
| Christy Smith | Paralegal | 5.20 | $165.00 | $858.00 |
| William K Smith | Associate | 54.50 | $185.00 | $10,082.50 |
| William K Smith | Associate | 6.10 | $195.00 | $1,189.50 |
| Justin Cranney | Partner | 0.30 | $230.00 | $69.00 |
| John F. Kurtz | Partner | 0.20 | $350.00 | $70.00 |
| Dane Bolinger | Partner | 30.90 | $265.00 | $8,188.50 |
| Dane Bolinger | Partner | 14.00 | $280.00 | $3,920.00 |
| | | 130.10 | | $27,295.00 |

**Total:** **$27,295.00**