UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAMES C. HILLIARD, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MURPHY LAND COMPANY, LLC, an Idaho Limited Liability Company;<br><br>　　　　　　　Defendant. | Case No. 1:18-cv-00232-DCN<br><br>**ORDER** |

## I.　INTRODUCTION

Pending before the Court is Defendant Murphy Land Company, LLC's Motion for an Award of Attorney Fees. Dkt. 34. Defendant seeks $27,295.00 in attorney fees. In response, Plaintiff James C. Hilliard filed a statement of non-opposition to Defendant's Motion. Dkt. 39. As there is no dispute between the parties, the Court grants Defendant's Motion.

## II.　ORDER

IT IS HEREBY ORDERED:

1) Defendant Murphy Land Company, LLC's Motion for an Award of Attorney Fees. (Dkt. 34) is **GRANTED**.

DATED: January 28, 2020

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1