
Case: 20-35002, 01/11/2021, ID: 11954873, DktEntry: 21, Page 1 of 1

| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 11 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| JAMES C. HILLIARD, | No. 20-35002 |
| Plaintiff-Appellant, | D.C. No. 1:18-cv-00232-DCN |
| v. | District of Idaho, Boise |
| MURPHY LAND COMPANY, LLC, an Idaho Limited Liability Company, | ORDER |
| Defendant-Appellee. | |

The court finds this case suitable for decision without oral argument. This case shall be submitted on the briefs and record, without oral argument, on Monday, February 1, 2021, in Seattle, Washington pursuant to Federal Rule of Appellate Procedure 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7